# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE GRACE MEEKS,<br><br>　　　　　　　Plaintiff,<br>　vs.<br>ALLISON COSMOS, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 16cv1814-LAB (NLS)<br><br>**ORDER OF TRANSFER** |

On July 14, 2016, Plaintiff Jamie Meeks filed her complaint, bringing copyright and trademark claims that appeared to have no connection with this District. Defendants have not appeared or waived objections to venue. The Court issued an order to show cause (the "OSC") requiring Plaintiff to show cause why this action should not be dismissed for improper venue. *See Costlow v. Weeks*, 790 F.2d 1486, 1488 (9th Cir.1986) (the court may *sua sponte* raise the issue of improper venue, as long as it has not been waived). The OSC also gave Meeks the option of requesting transfer.

Meeks' counsel filed a response, and it is apparent that venue is improper here. The response says Meeks and Defendant Allison Cosmos both reside in the Central District, and suggests that most of the infringing activities occurred there. The two other Defendants are located out of state, but are alleged to do business in the Central District.

The response outlines the steps Meeks' counsel took to complete the Central District of California's cover sheet. (Response, ¶¶ 14–22.) That section of the response makes

Case 3:16-cv-01814-LAB-NLS   Document 5-1   Filed 08/01/16   PageID.40   Page 2 of 2

clear the case was filed here in error. The root of the mistake is that Meeks' counsel confused the Central District of California's Southern Division (comprising Orange County) with this District, the Southern District of California (comprising San Diego and Imperial Counties). He believes the complaint ought to have been filed in the Central District's Southern Division, and in fact erroneously thinks it was filed there and is pending there.

The Court construes the response as a request for transfer under 28 U.S.C. § 1404(a). So construed, the request is **GRANTED**. This action is **ORDERED** transferred to the Central District of California.

**IT IS SO ORDERED**.

DATED: July 29, 2016

_Larry A. Burns_

**HONORABLE LARRY ALAN BURNS**
United States District Judge